UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 10036
   MIGUEL A REYES
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-3636
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/05/07 and confirmed on 10/05/07.

   2.  The case was dismissed after confirmation, 04/25/2008.

   3.  The Debtor paid a total of $   8100.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | 6401.85 | .00 | 6401.85 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 12117.56 | .00 | .00 |
| ARROW FINANCIAL SERVICES | SECURED | 1665.09 | .00 | 1332.08 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1415.96 | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 647.60 | .00 | .00 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | 1311.34 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20184.50 | 1311.34 | 2063.56 | .00 | 23559.40 |
| PRINCIPAL PAID | 7733.93 | .00 | .00 | .00 | 7733.93 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 7733.93 | .00 | .00 | .00 | 7733.93 |

The Debtor's attorney, TIMOTHY K LIOU           , was allowed $   3500.00
and was paid $    1610.80   direct and $       .00  through the plan.

The Trustee received $     366.07 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 07/16/08                   /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 07 B 10036 MIGUEL A REYES
```